**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHAQUONA MALONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-654-CWB** |
| | ) | |
| **EYE PARTNERS, P.C. d/b/a** | ) | |
| **VISION CENTER SOUTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties are reminded of their obligation to confer regarding a proposed discovery plan and other issues as necessary to file a report of planning meeting pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  It is hereby **ORDERED** that the parties must file the required Rule 26(f) report no later than **June 24, 2026**.

The parties should anticipate that trial will be set during one of the undersigned's regularly scheduled jury terms 14 to 16 months from the date of this Order if such a term is available or, if not available, as soon as practicable thereafter.  Dates set aside for trial terms are published at http://www.almd.uscourts.gov.  Witness list exchange, deposition designations, and exchange of trial exhibits must occur no later than 42 days before trial so as to allow sufficient time for the filing and resolution of related motions and objections.  A pretrial conference is normally set 4 to 6 weeks in advance of the scheduled trial term, and dispositive motions must be filed no later than 120 days prior to the pretrial conference date.  If the parties seek to vary from the typical schedule, their Rule 26(f) report should present specific case-related reasons for the requested variance. The parties further should state whether a formal scheduling conference is needed to resolve any issues that are currently in dispute or that are reasonably anticipated.

1

**DONE** this the 12th day of June 2026.

_____

**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**